**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 20-CR-80090-JIC

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**DANIEL SLATER**

Defendant

_____/

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT**

Comes now, Valentin Rodriguez, Jr.,  current counsel for Defendant, **DANIEL SLATER,**
who files this Motion to Withdraw as counsel, and as grounds, states the following:

1.      The undersigned has represented Defendant since July 21, 2021.

2.      During the course of representation, the undersigned has developed a conflict of interest, as
recognized in FLORIDA BAR RULE 4-1.7 CONFLICT OF INTEREST; CURRENT
CLIENTS,  coupled with irreconcilable differences with the Defendant, who is currently
incarcerated pending trial at the Palm Beach County Jail.

3.      The nature of the conflict of interest can only be revealed in camera; however, separate and
apart from this conflict of interest, there is legal cause for the undersigned to withdraw due
to irreconcilable differences.

4.      **CERTIFICATION**: AUSA Jessica Kahn Obenauf has been advised of this motion but at
this point cannot take a position.

**WHEREFORE**, Defendant requests that this Court set a hearing so that the undersigned counsel can state, in camera, the grounds for withdrawing as counsel of record for Defendant, or in the event that substitute counsel enters an appearance before such hearing, grant this motion upon entry of new counsel for Defendant.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to all counsel of record, on this 18th day of February, 2021 by filing with CM/ECF, and by U.S. Mail to Dan Slater, *c/o Palm Beach County Jail,* P.O. Box 24716, West Palm Beach, Florida 33416.

Respectfully submitted,

/s/ *Valentin Rodriguez*
_____
VALENTIN RODRIGUEZ, ESQ.
Valentin Rodriguez, P.A.
2465 Mercer Avenue, Suite 301
West Palm Beach, FL  33401
(561) 832-7510
*defend@bellsouth.net*
Fla Bar No.  047661

Counsel for Defendant Slater