UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80090-CR-COHN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL SLATER,

    Defendant.

_____/

## ORDER SETTING IN CAMERA VIDEOCONFERENCE HEARING ON MOTION TO WITHDRAW

**THIS CAUSE** is before the Court upon Defendant's counsel's Motion to Withdraw [DE 40] ("Motion"). The Court has considered the Motion and is otherwise advised in the premises. It is accordingly

**ORDERED AND ADJUDGED** that an in camera videoconference hearing is hereby set on the Motion [DE 40] before the Honorable James I. Cohn, United States District Judge, at the United States District Court at 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida, at **10:00 a.m.** on **March 9, 2021**. The Court will provide Zoom connection information prior to the hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of February, 2021.

_____
JAMES I. COHN
United States District Judge

cc: Valentin Rodriguez, Jr., Esq.
U.S. Marshals